IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS J. MAYNARD, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-00116-M |
| | § | |
| QUIKTRIP CORPORATION; | § | |
| QT SOUTH, LLC; | § | |
| AND ALEX NGUYEN, | § | |
|     Defendants. | § | JURY DEMANDED |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised by the Parties that all matters in controversy between Plaintiff Deloris J. Maynard and Defendants QuikTrip Corporation ("QT"), QT South, LLC, and Alex Nguyen have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause or any claims against Defendant.

**THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendants are dismissed with prejudice to the refiling of the same, with each party to pay their own court costs. This Order is a final order that disposes of all Parties and all claims asserted or that could have been asserted in this case.

SIGNED this 27 day of February, 2024.

_____
JUDGE PRESIDING

**AGREED:**

| | |
|---|---|
| */s/ Susan Allen (with permission)* | */s/ B. Kyle Briscoe* |
| Kristina N. Kastl | **B. Kyle Briscoe** |
| State Bar No. 24025467 | *Attorney-in-charge* |
| kkastl@kastllaw.com | State Bar No. 24069421 |
| Susan C. Austin | kbriscoe@peavlerbriscoe.com |
| State Bar No. 01440660 | Nelda Altland |
| saustin@kastllaw.com | State Bar No. 24031606 |
| **Kastl Law, P.C.** | naltland@peavlergroup.com |
| E-service: eservice@kastllaw.com | **PEAVLER|BRISCOE** |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |